JURY

# U.S. District Court
# Southern District of Ohio (Columbus)
# CIVIL DOCKET FOR CASE #: 2:07-cv-01281-GCS-MRA
# Internal Use Only

Wallace v. Davol, Inc. et al
Assigned to: George C Smith
Referred to: Mark R. Abel
Demand: $500,000
Cause: 28:1332 Diversity-Motor Vehicle Product Liability

Date Filed: 12/20/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**James H. Wallace, Jr.** represented by **Rhonda B Debevec**
Rhonda B. Debevec
1900 East Ninth Street
2400 National City Center
Cleveland, OH 44114
216-696-3232
Fax: 216-696-3924
Email: rbd@spanglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2007 | 1 | Civil Cover Sheet. (jcw) (Entered: 12/20/2007) |
| 12/20/2007 | 2 | COMPLAINT filed by James H. Wallace, Jr. with JURY DEMAND and against Davol, Inc. and C.R. Bard, Inc. (jcw) (Entered: 12/20/2007) |
| 12/20/2007 | | Filing fee for complaint: $350.00, receipt number 967. (jcw) (Entered: 12/20/2007) |
| 03/03/2008 | 3 | MDL Transfer Order. This action transferred to US District Court for the District of Rhode Island. (pes) (Entered: 03/03/2008) |